

# Fourth Court of Appeals
## San Antonio, Texas

February 1, 2023

No. 04-22-00622-CV

**IN RE** Marissa **PETERSON**

Original Proceeding[1]

**ORDER**

On September 22, 2022, relator filed a petition for writ of mandamus. Relator also filed a motion to stay trial court proceedings pending the resolution of her petition for writ of mandamus, which this court granted on October 3, 2022. After considering the petition, real party in interest's response, relator's reply, and the record, this court concludes relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is **DENIED**. *See* TEX. R. APP. P. 52.8(a). The stay imposed on October 3, 2022 is **LIFTED**.

It is so **ORDERED** on February 1, 2023.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of February, 2023.

_____
Michael A. Cruz, Clerk of Court

---

[1] This proceeding arises out of Cause No. 2017-CI-19610, styled *Marissa Peterson v. HEB Grocery Co., LP.*, pending in the 131st Judicial District Court, Bexar County, Texas, the Honorable Cynthia Marie Chapa presiding.